IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 OCT -5 PM 4:06
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| LAWRENCE PARRISH, § | |
|       PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-19-CV-0380-LY |
| § | |
| THE CITY OF AUSTIN, TEXAS, AND § | |
| DANE O'NEILL, PAUL BIANCHI, § | |
| JORDAN WAGSTAFF, AND § | |
| MARCOS JOHNSON, EACH § | |
| OFFICERS, AUSTIN § | |
| POLICE DEPARTMENT, § | |
|       DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered action. On May 13, 2021, the court signed an Agreed Order Granting Defendant City of Austin's Motion for Summary Judgment that granted summary judgment in favor of the City of Austin, Texas, and dismissed with prejudice Plaintiff Lawrence Parrish's claims alleged against the City of Austin.

On August 19, 2021, the court called the above-styled and numbered cause for trial on all claims alleged by Plaintiff Lawrence Parrish against Defendants Dane O'Neill, Paul Bianchi, Jordan Wagstaff, and Marcos Johnson. After the parties announced that they were ready for trial, the court empaneled a jury of eight legally qualified jurors. On September 27, 2021, the case proceeded with a jury of seven legally qualified jurors. The case was submitted to the jury on October 4, 2021. The jury returned a verdict in favor of Defendants Dane O'Neill, Paul Bianchi, Jordan Wagstaff, and Marcos Johnson and against Plaintiff Lawrence Parrish on October 5, 2021, finding that each Defendant Dane O'Neill, Paul Bianchi, Jordan Wagstaff, and Marcos Johnson, did not violate Lawrence Parrish's Fourth Amendment right to be protected from excessive force by using excessive

force during the course of Lawrence Parrish's shooting. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff Lawrence Parrish **TAKE NOTHING** by his action against Defendants Dane O'Neill, Paul Bianchi, Jordan Wagstaff, and Marcos Johnson.

**IT IS ORDERED** that all costs of court are taxed against Plaintiff Lawrence Parrish.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 5th day of October 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE